UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-14101

GWENDOLYN ROBERSON,

    Plaintiff

-v-

MICHIGAN STATE POLICE, ET.AL,

    Defendants.
_____/

ORDER RESCINDING ORDER OF
REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Komives dated November 5, 2009, is RESCINDED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: December 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager